427 A.2d 1217

Industrial Valley Bank, Appellant v. Motorola
Communication.

Argued June 27, 1979. Kenneth F. Carobus, for
appellant; William B. Carr, Jr., for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

427 A.2d 1217

Penn Central Co., Appellant v. Shanahan
Warehouse Corp.

Submitted December 6, 1979. Paul F. X. Gal-
lagher, for appellant; Anthony J. Caiazzo, for appellee.

Before BROSKY, WICKERSHAM and ROBERTS, JJ.*

The decision of the lower court is affirmed.

* Judge Donald E. Wieand is sitting by special designation. President
Judge Otto P. Robinson of the Court of Common Pleas of Lackawan-
na County, Pennsylvania, and Judge Maurice Louik of the Court of
Common Pleas of Allegheny County, Pennsylvania are sitting by
designation.
This decision was reached following the death of Robinson, J.

* Justice Samuel J. Roberts of the Supreme Court of Pennsylvania, is
sitting by designation.